**SO ORDERED.**

**SIGNED this 12 day of January, 2011.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 09-35581 |
| ) | |
| FALLON LUMINOUS PRODUCTS ) | CHAPTER 11 |
| CORPORATION, etc., ) | |
| ) | JUDGE STAIR |
| Debtor. ) | |
| ) | |
| iLIGHT TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ADV. PROC. NO. 10-3050 |
| ) | |
| FALLON LUMINOUS PRODUCTS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER FOR SUBSTITUTION OF COUNSEL**

As evidenced by the signatures of counsel below, the law firms of Stites & Harbison PLLC, Katten Muchin Rosenman LLP, and Drescher & Sharp, P.C. have agreed that Martin T. Lefevour and Timothy J. Vezeau of Katten Muchin Rosenman LLP and David N. Burn of Drescher & Sharp, P.C. shall be substituted for Stites & Harbison PLLC and its attorneys as counsel of record representing iLight Technologies, Inc. ("iLight") in this adversary proceeding;

0232W:00107:874384:1:NASHVILLE
1/11/11

It is therefore **ORDERED** that Stites & Harbison PLLC and its attorneys are permitted leave to withdraw as counsel for iLight Technologies, Inc. and Katten Muchin Rosenman LLP and Drescher & Sharp, P.C. are hereby substituted as counsel of record for iLight Technologies, Inc. in this adversary proceeding.

# # #

**APPROVED FOR ENTRY:**

/s/Robert C. Goodrich Jr.
Robert C. Goodrich Jr. (TN Bar No. 10454)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2231   Fax: (615) 742-4126
robert.goodrich@stites.com


/s/Martin T. Lefevour (admitted *pro hac vice*)
Martin T. Lefevour (IL Bar No. 6237532)
Timothy J. Vezeau (IL Bar No. 2899612)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, IL 60661-3693
(312) 902-5542   Fax: (312) 577-8762
timothy.vezeau@kattenlaw.com
martin.lefevour@kattenlaw.com


/s/ David N. Burn
David N. Burn (TN Bar No. 007000)
DRESCHER & SHARP, P.C.
1720 West End Avenue, Suite 300
Nashville, TN 37203
(615) 425-7115   Fax: (615) 425-7110
dburn@dsattorneys.com

# CERTIFICATE OF NOTICE

```
District/off: 0649-3          User: marshj                 Page 1 of 1                   Date Rcvd: Jan 12, 2011
Case: 10-03050                Form ID: pdfbk               Total Noticed: 24

The following entities were noticed by first class mail on Jan 14, 2011.
aty          +Alexandra T. MacKay,    SunTrust Center,    424 Church Street, Suite 1800,
               Nashville, TN 37219-2376
aty          +Brandy R. McMillion,    131 S. Dearborn, Suite 1700,    Chigcago, IL 60603-5559
aty           C. Mark Kittredge,    Perkins Coie Brown & Bain P.A.,    2901 N. Central Ave., Ste. 2000,
               Phoenix, AZ  85012-2788
aty          +David I. Frazee,    101 Jefferson Drive,    Menlo Park, CA 94025-1114
aty          +Dieter H. Hellmoldt,    4 Embaracadero Center, Suite 2400,    San Francisco, CA 94111-4131
aty          +Douglas L. Sawyer,    1899 Wynkoop Street, Suite 700,    Denver, CO 80202-1086
aty          +James R. Michels,    Financial Center,    424 Church Street, Suite 1800,    Nashville, TN 37219-2376
aty          +Jenny Louise Johnson,    525 W. Monroe Street, Suite 1600,    Chigcago, IL 60661-3690
aty          +Joe T. Beres,    1800 Capital Holding Center,    400 W. Market Street,    Louisville, KY 40202-3346
aty          +John W. Scruton,    1800 Capital Holding Center,    400 W. Market Street,
               Louisville, KY 40202-3346
aty          +Jong P. Hong,    1900 University Circle Fifth Floor,    East Palo Alto, CA 94303-2212
aty          +Joseph S. Presta,    Nixon & Vanderhye, P.C.,    901 N. Glebe Road,    Arlington, VA 22203-1853
aty          +Kenneth S. Korea,    1900 University Circle Fifth Floor,    East Palo Alto, CA 94303-2212
aty          +Melissa C. Hunter,    SunTrust Plaza,    401 Commerce Street, Suite 800,    Nashville, TN 37219-2490
aty          +Michael A. Dorfman,    525 W. Monroe Street, Suite 1600,    Chigcago, IL 60661-3690
aty          +Samuel David Lipshie,    Roundabout Plaza,    1600 Division Street, Suite 700,    P.O. Box  340025,
               Nashville, TN 37203-0025
aty          +Stefani E. Shanberg,    4 Embaracadero Center, Suite 2400,    San Francisco, CA 94111-4131
aty          +Stephen H. Price,    SunTrust Center,    424 Church Street, Suite 1800,    Nashville, TN 37219-2376
aty          +William C. Ferrell,    SunTrust Plaza,    401 Commerce Street, Suite 800,
               Nashville, TN 37219-2490
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,    P. O. Box  21126,
               Philadelphia,, PA  19114)
ucrcm        +Committee of Unsecured Creditors,    c/o Glenn B. Rose,    Harwell Howard Hyne Gabbert & Manner PC,
               315 Deaderick Street, Suite 1800,    Nashville, TN 37238-1800
dft          +Fallon Luminous Products Corporation,    Suite 200-201,    7325 Oak Ridge Highway,
               Knoxville, TN 37931-3494

The following entities were noticed by electronic transmission on Jan 12, 2011.
ust           +E-mail/Text: ustpregion08.kx.ecf@usdoj.gov                              United States Trustee,
               800 Market Street, Suite 114,    Howard H. Baker Jr. U.S. Courthouse,   Knoxville, TN 37902-2303
pla           +E-mail/Text: scallahan@ilight-tech.com                                  iLight Technologies, Inc.,
               Attn: Sean Callahan,    118 S. Clinton St., Ste 370,    Chicago, IL 60661-3661
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2011**                                    **Signature:**   *Joseph Speetjens*